# DISTRICT COURT, JEFFERSON COUNTY, COLORADO
100 Jefferson County Parkway, Golden, CO 80401

**Plaintiff:**

ANNETTE MARTIN

v.

**Defendants:**

IGNACIO CRUZ-MENDOZA, MANRIQUE AGRAMON and MONIQUE TRUCKING, LLC, a foreign corporation

**Affidavit of Service**

Case #:   2025CV30525

Received on **April 07, 2025 at 11:32 am**

I, **Debra D. Glenn,** being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **April 07, 2025 at 12:02 pm**, I executed service of a **DISTRICT COURT CIVIL SUMMONS; COMPLAINT FOR DAMAGES AND JURY DEMAND** on **IGNACIO CRUZ-MENDOZA** at ICE Detention Facility, 3130 N. Oakland St., Aurora, County of Arapahoe, CO 80010.

By Personal Service at usual place of abode to: IGNACIO CRUZ-MENDOZA

Physical Description:

**Race:** Hispanic   **Sex:** Male   **Age:** 40's   **Height:** 5' 7"   **Weight:** 170 lbs   **Hair:** Black   **Glasses:** No

Height and weight are approximates, as Mr. Cruz-Mendoza was sitting down.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing is true and correct. Executed on April 7, 2025 at Englewood, CO

_____
Debra D. Glenn, Process Server

Field Sheet Id: 28936

Client Reference:   Annette Martin v. Ignacio Cruz-Mendoza, et al.

Page 1 of 1

Process ServerSoftware Pro