depo summary PRO™
Powered by Merlin Search Technologies

| | |
|---|---|
| 92:24–93:1 | The deposition concludes at 2:39 PM |
| 93:2–93:11 | Off-record discussion occurs about transcript copies, with Caplis, Ripplinger, and Vig requesting copies |
| 93:12–93:14 | The proceedings conclude at 2:40 PM |
| 94:1–95:25 | The remainder of the document contains certification pages and reporter's certificate |

### Transcript Text

Ignacio Cruz-Mendoza
March 27, 2025

DISTRICT COURT, JEFFERSON COUNTY, COLORADO
Case No. 2025CV30010, Courtroom 12

DEANN MILLER as surviving spouse of SCOTT MILLER, deceased,
Plaintiff,
v.
MONIQUE TRUCKING LLC, a California limited company, and IGNACIO CRUZ-MENDOZA, an individual,

Defendants.

VIDEO-RECORDED DEPOSITION OF IGNACIO CRUZ-MENDOZA
March 27, 2025

PURSUANT TO NOTICE, the video-recorded deposition of IGNACIO CRUZ-MENDOZA was taken on behalf of the Plaintiff at Jefferson County Detention Center, 200 Jefferson County Parkway, Golden, Colorado 80401, on March 27, 2025, at 9:24 AM, before Deborah A. VanDemark, Registered Professional Reporter and Colorado Realtime Certified Reporter.

U.S. Legal Support | www.uslegalsupport.com

[[ Line numbers on this page added during summarization for reference ]]

Ignacio Cruz-Mendoza
March 27, 2025

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

                    depo summary PRO™
Powered by Merlin Search Technologies

A P P E A R A N C E S

For the Plaintiff:

DANIEL J. CAPLIS, ESQ.
JOHN KELLNER, ESQ.
The Dan Caplis Law Firm, LLC
6400 South Fiddler's Green Circle
Suite 2200
Greenwood Village, Colorado 80111
(303)770-5551
dan@caplislaw.com
john@caplislaw.com

and

EDWARD J. CIARIMBOLI, ESQ. (telephonically)
Fellerman & Ciarimboli Law, PC
183 Market Street, Suite 200
Kingston, Pennsylvania 18704
(570)718-1444
ejc@fclawpc.com

For the Defendant Monique Trucking:

BRITTNEY VIG, ESQ.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
(303)572-5300
brittney.vig@wilsonelser.com

For the Defendant Ignacio Cruz-Mendoza:

KEVIN G. RIPPLINGER, ESQ.
Patterson Ripplinger, PC
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
(303)741-4539
kripplinger@prpclegal.com

A P P E A R A N C E S (CONT.)

For Non-Party Triple S Steel:

MARK J. JACHIMIAK, ESQ.
Jachimiak Peterson Kummer, LLC
860 Tabor Street, Suite 200
Lakewood, Colorado 80401
(303)863-7700
mjachimiak@jpk.law

For Non-Party Total Quality Logistics:

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

depo summary PRO™
Powered by Merlin Search Technologies

ALLISON R. BURKE, ESQ.
Taft Stettinius & Hollister, LLP
675 15th Street, Suite 2300
Denver, Colorado 80202
(303)297-2900
aburke@taftlaw.com

Also Present:

Tom Rowles, Videographer
David Lauman, Interpreter
Deann Miller
Caroline Caplis

U.S. Legal Support | www.uslegalsupport.com 3

Ignacio Cruz-Mendoza
March 27, 2025

I N D E X

| EXAMINATION OF IGNACIO CRUZ-MENDOZA: | PAGE |
| --- | --- |
| By Mr. Caplis | 7 |
| By Ms. Burke | 91 |

| DEPOSITION EXHIBITS: | | INITIAL REFERENCE |
| --- | --- | --- |
| Exhibit 1 | Photocopy of a Bill of Lading | 11 |
| Exhibit 2 | Photograph of the Scene of the Crash | 42 |

U.S. Legal Support | www.uslegalsupport.com 4

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

USLEGALSUPPORT.COM Page 18 of 69

depo summary PRO™
Powered by Merlin Search Technologies

THE INTERPRETER: For the record, the interpreter could not hear the deponent's response and will request that he repeat that.
A. No, I don't recall having used other names.
Q. (BY MR. CAPLIS) Is it possible that you did and you're just not recalling that right now?
A. No, not that I can recall. That's the truth.
Q. What's your date of birth?
A. May 12, 1977.
Q. Where were you born?

U.S. Legal Support | www.uslegalsupport.com 8

Ignacio Cruz-Mendoza
March 27, 2025

A. Guasave, Sinaloa, Mexico.
THE INTERPRETER: Interpreter spelling, G-u-a-s-a-v-e, Sinaloa, S-i-n-a-l-o-a, Mexico.
Q. (BY MR. CAPLIS) Thank you. Where were you living on the date of this crash, June 11, 2024?
A. At the time I was living in Indio, California.
Q. What address?
A. I don't know it off the top of my head. I never -- it never stuck in my mind. I mean, I had family and all, but I had been living with -- in Hanford, but I got separated from my wife.
Q. Where do you intend to live when you are released from this jail?
A. To Indio, California, to the same place that -- where I don't know the address. I have a brother there.
Q. What's your brother's name?
A. Eduardo Cruz-Mendoza --
THE INTERPRETER: The interpreter stands corrected. It's Leobardo. Interpreter spelling, L-e-o-b-a-r-d-o, Cruz-Mendoza.
Q. (BY MR. CAPLIS) Do you have any formal education?
A. Oh, just went to school, and then I

U.S. Legal Support | www.uslegalsupport.com 9

Ignacio Cruz-Mendoza
March 27, 2025

came here to the United States. Like through the sixth grade, no more.
Q. How old were you when you came to the United States?
A. Like when I was 17.
Q. Sir, I'm going to ask you about the

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

USLEGALSUPPORT.COM Page 21 of 69

depo summary PRO™
Powered by Merlin Search Technologies

load that you were carrying at the time of this fatal crash on June 11, 2024.
A. Yes.
Q. Who told you to go pick up that load?
A. Well, it was the broker, and the person in charge there is Manrique.
THE INTERPRETER: Interpreter spelling, M-a-n-r-i-q-u-e.
Q. What is Manrique's last name?
THE INTERPRETER: For the record, the interpreter did not clearly hear the witness and will inquire. Interpreter spelling for the record, A-g-r-a-m-o-n. Manrique Agramon.
A. I don't know his other last name.
Q. (BY MR. CAPLIS) And why do you refer to him as a broker?
A. No, that's the person in charge, but the broker is a young lady. I honestly don't know her name. I had only been working with that truck for a

month.
Q. Where is the broker located?
A. Well, the broker is in Indio. I never met her in person. All the contact I had with her was by phone, and it was pretty much just, "Well, I have this load. Can you go pick it up?" And I'd say, "Sure," and I'd just put the address in my GPS and go pick up the load.
MR. CAPLIS: Can you give me the first part of that response, please?
THE INTERPRETER: The broker was in Indio. I never met her in person. All of my contact with her was by telephone.
MR. CAPLIS: Thank you.
Q. (BY MR. CAPLIS) So was the broker with a company called TQL?
A. Well, as I said, I don't remember. But all of our contact was by phone.
(Deposition Exhibit 1 was marked.)
Q. Ask you to take a look at Exhibit 1.
A. This is my signature.
Q. I'll have a series of questions. I was just asking you to look at it at this point.
A. Yes, yes, yes.
Q. Have you seen this document before?

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

depo summary PRO™
Powered by Merlin Search Technologies

Q. Okay. I direct your attention to the

U.S. Legal Support | www.uslegalsupport.com 13

Ignacio Cruz-Mendoza
March 27, 2025

top of the form just across from your name. Did you write any of the numbers that appear there on the form?

A. Oh, yes, that's what I was going to say. That is my handwriting, and that's what I was taking a look at right now.

Q. Thank you. We'll get back to that form in a second. I want to ask you some more questions about the young lady who called you, you refer to as the broker, to give you this job on June 11, 2024.

A. The broker? Could you repeat that?

Q. Yes.

A. Yes, I did go to pick up a load.

Q. Okay. How many times before June 11, 2024, had this particular broker given you jobs?

A. Well, it was just one trip that I had one month before that from Texas to California, but I traveled empty. And because there was some problem with the office, with the paperwork, I didn't research what that was about. And then one month later the accident.

Q. So is it your testimony that this same broker, this same woman, had given you one job before this job on June 11, 2024?

A. Yes, she's the same one. Yes, she's

U.S. Legal Support | www.uslegalsupport.com 14

Ignacio Cruz-Mendoza
March 27, 2025

the same one in Indio that would assign us trips.

Q. Right. And just to clarify, it's your testimony that in addition to the trip on June 11, 2024, she assigned you one other trip before that; is that correct?

A. Well, yes, yes, from Los Angeles to Texas, from Colorado to Pueblo to Sacramento and then back to Texas, and then I drove empty to California.

THE INTERPRETER: For the record, the interpreter is hearing a word that's unclear and will inquire of the witness. For the record, the interpreter heard the witness say "Rifle, Colorado." Okay. For the record, the interpreter would need to change -- would change part of the last rendition to Los Angeles to Texas to Rifle, Colorado, to Pueblo, to Sacramento to Texas, and then back to California empty.

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

USLEGALSUPPORT.COM Page 24 of 69

depo summary PRO™
Powered by Merlin Search Technologies

Q. (BY MR. CAPLIS) And everything you just described was part of one continuous trip that she had previously given you?
A. No. Once I finished a trip, you know, she'll tell me, "Stop." And then I would wait to get another trip assigned so that I wouldn't be wasting diesel.
Q. Okay. And what I'm trying to clarify

U.S. Legal Support | www.uslegalsupport.com 15

Ignacio Cruz-Mendoza
March 27, 2025

is how many times did she, this female broker, hire you before this June 11, 2024, trip?
A. Well, I worked with her two or three times before, the same company. But I -- I always recognized her by her voice, but I made a lot of trips, maybe 60 trips. I worked for that company before.
Q. Thank you. That leads to my next question. Had you been assigned other trips by the same company but by somebody other than this woman, different than this woman?
A. Come again? I didn't follow that.
Q. Sure. Had you been hired by that same company other times but the contact came from somebody other than this woman?
A. Oh, yes.
Q. About how many times?
A. I have no idea. There were many times, and it wasn't always the same broker that got me the trips. I mean, it was -- there were different ones, and that's how they make their money.
Q. When you say "different brokers," do you mean different broker companies or different people within the same company?
A. They're different brokers within the

U.S. Legal Support | www.uslegalsupport.com 16

Ignacio Cruz-Mendoza
March 27, 2025

same company.
Q. Okay. Let's go back to the trip on June 11, 2024. What phone number did the broker call you on, the woman who called you to hire you for this job?
A. Well, frankly, I mean, her number -- well, when I was in the accident, it was terrible, it was awful. And I didn't have a phone or a document and, you know, I got out the best I could. It might have been 15 minutes after the accident because I

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

USLEGALSUPPORT.COM Page 25 of 69

depo summary PRO™
Powered by Merlin Search Technologies

Q. And it was the broker who told you to go to Cheyenne?
A. Yes.
Q. What did the broker tell you about this job?
A. Well, that she got me a trip, and so she gave me the trip. And I went to Cheyenne. I had been there before to load before.
Q. How often had you been to Searing

Industries in Cheyenne before June 11, 2024?
A. During the time I had worked before, two years before.
Q. So was it one other time or more than one other time?
A. I think like twice, but it was in a different truck with a different owner.
Q. Had you ever been to Searing Industries before while working for Monique Trucking?
A. Yes.
Q. How many times?
A. Maybe twice.
Q. And then how many times had you been to Searing Industries while with a different company?
A. Never.
Q. So all your trips to Searing then were while you were with Monique?
A. Correct.
Q. And all of your trips to Searing were assigned by this same broker, correct?
A. No.
Q. Okay. Thank you. How many of your other trips to Searing were assigned by the same broker who gave you the June 11, 2024, trip?
A. Well, during the one-month trip, she

was the one that mostly got me my trips.
THE INTERPRETER: For the record, the response was not -- this is the interpreter. For the record, the last response by witness was not clear. Could the last question be re-asked, please?
MR. CAPLIS: I'll go to a different question.
Q. (BY MR. CAPLIS) Who owned the truck you were using?

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

depo summary PRO™
Powered by Merlin Search Technologies

A. I just met him recently, and his name was Jose Luis.
Q. And just to clarify, I'm talking about the 2012 Peterbilt that you were driving on June 11, 2024, at the time of the crash. Who owned that truck?
A. Jose Luis.
Q. And is Jose Luis with a particular company?
A. I don't know. I had very -- I had very little to do with him.
Q. Was Jose Luis in June of '24 associated with Monique Trucking?
A. I don't know. Frankly, I don't know. I only saw him once when he paid me money.
Q. What did he pay you money for?
A. For the trips. He was the owner of the

U.S. Legal Support | www.uslegalsupport.com 26

Ignacio Cruz-Mendoza
March 27, 2025

truck.
Q. So at the time of this trip on June 11, 2024, you were working for Monique Trucking, and you were driving a truck owned by Jose Luis; is that correct?
A. Correct.
Q. How do you know that Jose Luis owned the truck that you were in at the time of the crash?
A. Well, I say that because he was the one who would pay me the money.
Q. Were you paid for every Monique trip by Jose Luis?
A. Correct.
Q. And were you always paid in cash?
A. Correct.
MR. RIPPLINGER: Form.
Q. (BY MR. CAPLIS) Were you paid for the June 11, 2024, trip?
A. No, I would always get paid once I got to California. I was paid lump sum. So I'd do like five or six trips, and then I'd get paid for all of them.
Q. By Jose Luis?
A. Yes, he was the one who would pay me.
THE INTERPRETER: For the record, if

U.S. Legal Support | www.uslegalsupport.com 27

Ignacio Cruz-Mendoza
March 27, 2025

the interpreter could get a brief recess, please.
MR. CAPLIS: Sure.

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

USLEGALSUPPORT.COM
Page 31 of 69

depo summary PRO™
Powered by Merlin Search Technologies

Q. Who did you call after you had been loaded up at Searing?
A. I called Manrique.
Q. Anybody else?
A. No.
Q. Please tell us everything that happened while you were at Searing.
MR. RIPPLINGER: Form.
MS. VIG: Join.
A. Well, nothing. They just loaded up the truck and -- and then I took it and left and headed to where I was supposed to go, and then the accident happened.
Q. (BY MR. CAPLIS) How long were you at Searing?
A. About two hours.
Q. What did you do during those two hours?
A. Well, I waited for them to load it. I tied it down, and then I headed where I needed to go. It had been -- hadn't been used Saturday and Sunday and had a tank of diesel.
Q. How many people did you speak with while you were at Searing?

A. Not even with one person there, just the lady at the office.
Q. Did Searing have anybody who was Spanish-speaking?
A. Yes, there was lady there who did the load.
Q. Okay. And did you speak with her in Spanish?
A. Yes.
Q. Who did the loading?
A. The one who did the loading, the forklift driver.
Q. How many people were involved in doing the loading?
A. Just the person who did the loading and myself.
Q. How long did it take to load?
A. Well, let's say that I was there waiting one hour for -- to get the load, and then the loading actually took an hour.
Q. Please describe for us what that loading process involved.
MR. RIPPLINGER: Objection, foundation.
MS. VIG: Join.
Q. (BY MR. CAPLIS) Let me ask a different

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

depo summary PRO™ Powered by Merlin Search Technologies

Q. What did you see happening?

A. Nothing. Once again, they were doing the loading, and I'd say -- he'd say -- I'd say, "Let's put the boards here. How can I help you?" You know, put it here, put it there. Doing the loading, the loading was done professionally, and that was it.

Q. Okay. So after the boards were placed, was there then metal put onto the trailer?

A. The load was tied down.

Q. Okay. This question goes back to what happened right after the boards were placed on the bed of the trailer. How was the metal then loaded onto the trailer after the boards were placed down?

A. Well, they loaded it the way they load it, and it wasn't my place to get involved with how they did it. I wasn't telling them how to do this or how to do that, because you can't get involved with how they load the truck because it's their -- their work, the way they do it.

Q. Understood. So Searing handled the entire loading of the metal without your involvement; is that correct?

A. I just helped with putting down the boards.

Q. And Searing did the rest?

A. No.

Q. Who did the rest then, if not Searing?

A. Well, Searing, they -- they -- they would -- they loaded the metal. I just did the boards, and the load was tied down, and that's it.

Q. Okay. Who tied down the load?

A. I did.

Q. Okay. Did Searing assist in tying down the load?

A. Well, they're inspecting and ensuring that everything is done right.

Q. So did Searing assist you in tying down the load?

A. Well, no. You know, as the driver, you're the one that has to do it, but they will be inspecting to see that it's done right. Once they've looked over the load, then -- then they give you the paper.

Q. Okay. So it's your testimony that you tied down the load, and then Searing inspected the work that you did in tying down the load; is that correct?

A. Yes, so that I could exit the yard.

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

depo summary PRO™
Powered by Merlin Search Technologies

Monique decided to pay you at the end of a trip?
MS. VIG: Form.
A. Well, no, I -- when I had done several trips, then I could sort of estimate what it would be. I mean, from California to Houston, Texas, it was $900.
Q. (BY MR. CAPLIS) Now, had you ever delivered to Intsel before?
A. The company when I had an accident?

U.S. Legal Support | www.uslegalsupport.com 69

Ignacio Cruz-Mendoza
March 27, 2025

Q. The company that you were on your way to deliver to at the time of this crash.
A. No. To the company in New Mexico where I was headed? No.
Q. Yes. Now, that company has other locations as well.
A. Frankly, no. I mean, that was the first time I was going to New Mexico.
Q. Thank you. And the company is spelled I-n-t-s-e-l. It has a lot of different locations. Had you ever delivered to that company at some other location?
A. Frankly, that I can recall, I don't recall.
Q. Okay. Now, Intsel has a location in Commerce City in the Denver area. Was it Intsel that you had delivered to on that Friday before the crash?
A. No.
Q. Did you receive a road test from Monique at the time Monique hired you?
MR. RIPPLINGER: Form. I'm sorry. Objection, form.
MS. VIG: Join.
A. No, I'm --
THE INTERPRETER: For the record, if

U.S. Legal Support | www.uslegalsupport.com 70

Ignacio Cruz-Mendoza
March 27, 2025

the interpreter may hear that question one more time.
Q. (BY MR. CAPLIS) Sure. At the time Monique hired you, did Monique do a road test with you?
MS. VIG: Form.
MR. RIPPLINGER: Form.
A. No, I'm not responding to that one.
Q. (BY MR. CAPLIS) Did Monique provide you with any training?

This content has been generated by an artificial intelligence language model. While we strive for accuracy and quality, please note that the information provided may not be entirely error-free. We recommend independently verifying the content. We do not assume any responsibility or liability for the use or interpretation of this content.

USLEGALSUPPORT.COM Page 55 of 69