IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-2457-TPO

ANNETTE MARTIN,

      Plaintiff,

v.

IGNACIO CRUZ-MENDOZA, MANRIQUE AGRAMON, TOTAL QUALITY LOGISTICS, LLC, a foreign corporation registered to do business in Colorado; SEARING INDUSTRIES WYOMING, INC., a foreign corporation; MONIQUE TRUCKING, LLC, a foreign corporation; and INTSEL STEEL WEST, LLC, a foreign corporation,

      Defendants.

---

**AFFIDAVIT OF DEZARAE D. LACRUE**

---

STATE OF COLORADO   )
                     ) ss.
COUNTY OF ARAPAHOE )

    DezaRae D. LaCrue, being of lawful age and being first duly sworn, upon oath, deposes and says the following:

1. I am the attorney representing Annette Martin in the instant action.

2. I make this Affidavit in support of Plaintiff's Response to Defendant Intsel Steel West, LLC's Motion to Dismiss [Doc. 50].

3. No discovery has been completed in this case. Disclosures by the parties have not been exchanged. The case is not yet at issue.

4. The deposition of Cruz Mendoza was conducted before undersigned counsel was involved in the case.

Exhibit 1

Page **1** of **2**

5. Plaintiff believes discovery will reveal that Instel Steel did have an agency relationship with Defendants Cruz Mendoza and Monique Trucking.

6. Plaintiff expects to find facts that confirm the existence of a joint venture/enterprise between the Defendants.

7. Plaintiff expects to discover information that Instel Steel was involved in the selection and hiring of Defendants Cruz Mendoza and Monique Trucking for the delivery of the steel on the trailer involved in this crash.

8. Plaintiff requires the opportunity to conduct discovery and receive disclosures from Defendants before she can adequately respond to the factual assertions set forth in Instel Steel's Motion to Dismiss.

**FURTHER AFFIANT SAYETH NAUGHT.**

DezaRae D. LaCrue, Esq.

*Attorney for Plaintiff*

Subscribed and sworn to before me on January 19, 2026.

[S E A L]

Notary Public

My Commission Expires: 9-16-2029

JESSICA SAVAGE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID# 20254034940
MY COMMISSION EXPIRES 09/16/2029

Page **2** of **2**