## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02457-TPO

ANNETTE MARTIN,

      Plaintiff,

v.

IGNACIO CRUZ-MENDOZA, MANRIQUE AGRAMON, TOTAL QUALITY LOGISTICS, LLC, a foreign corporation registered to do business in Colorado; SEARING INDUSTRIES WYOMING, INC., a foreign corporation; MONIQUE TRUCKING LLC, a foreign corporation; and INTSEL STEEL WEST, LLC, a foreign corporation,

      Defendants.

---

## DEFENDANT MONIQUE TRUCKING, LLC'S
## ANSWER TO COMPLAINT AND DEMAND FOR JURY

---

COMES NOW Defendant, Monique Trucking LLC ("Defendant"), through undersigned counsel, and for its Answer to Plaintiffs' Second Amended Complaint [ECF No. 35] and Demand for Jury:

### PARTIES, JURISDICTION AND VENUE

1. Defendant is without sufficient information to admit or deny the allegations in Paragraph 1 and therefore denies same.

2. Defendant admits Defendant Ignacio Cruz-Mendoza was in the United States at the time of the accident. Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 2 and therefore denies same.

3. Defendant is without sufficient information to admit or deny the allegations in Paragraph 3 and therefore denies same.

4.      Paragraph 4 contains allegations and statements of claim directed to another defendant Manrique Agramon and therefore no response is required or provided for that defendant. This Defendant Monique Trucking, LLC admits it is a California limited liability company with the stated principal place of business. The remaining allegations are denied.

5.      Defendant denies the allegations of Paragraph 5.

6.      Paragraph 6 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 6 and therefore denies same.

7.      Paragraph 7 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 7 and therefore denies same.

8.      Paragraph 8 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 8 and therefore denies same.

9.      Paragraph 9 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 9 and therefore denies same.

10.     Paragraph 10 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 10 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations to the extent they vary from or are inconsistent with applicable law.

11.     Paragraph 11 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 11 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations to the extent they vary from or are inconsistent with applicable law.

12.     Paragraph 12 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 12 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations to the extent they vary from or are inconsistent with applicable law.

13.     Paragraph 13 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 13 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 13 and its subparts to the extent they vary from or are inconsistent with applicable law.

14. Paragraph 14 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 14 and therefore denies same.

15. Paragraph 15 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 15 and therefore denies same.

16. Defendant is without sufficient information to admit or deny the allegations in Paragraph 16 and therefore denies same.

17. Defendant is without sufficient information to admit or deny the allegations in Paragraph 17 and therefore denies same.

18. Defendant is without sufficient information to admit or deny the allegations in Paragraph 18 and therefore denies same.

19. Paragraph 19 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 19 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 19 and therefore denies same.

20. Paragraph 20 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 20 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 20 to the extent they vary from or are inconsistent with applicable law.

21.     Paragraph 21 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 21 and therefore denies same.

22.     Paragraph 22 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 22 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 22 and therefore denies same.

23.     Paragraph 23 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 23 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 23 and therefore denies same.

24.     Paragraph 24 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Defendant is without sufficient information to admit or deny the allegations in Paragraph 24 and therefore denies same.

25.     Paragraph 25 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant denies the allegations of Paragraph 25.

26.     Paragraph 26 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 26 further states

5

or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 26.

27.     Paragraph 27 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 27 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 27.

28.     Paragraph 28 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 28 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant denies the allegations of Paragraph 28.

29.     Paragraph 29 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 29 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 29 and therefore denies same.

30.     Paragraph 30 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 30 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 30 to the extent they vary from or are inconsistent with applicable law.

31.     Paragraph 31 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required,

Defendant denies the allegations in Paragraph 31 to the extent they vary from or are inconsistent with applicable law.

32.    Paragraph 32 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 32 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 32 to the extent they vary from or are inconsistent with applicable law.

33.    Paragraph 33 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 33 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 33 to the extent they vary from or are inconsistent with applicable law.

34.    Paragraph 34 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant admits Plaintiff is seeking such relief but denies it is or may be entitled to such relief or damages from it.

## FACTS RELEVANT TO ALL CLAIMS

35.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

36.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 36 and therefore denies same.

7

37. Defendant is without sufficient information to admit or deny the allegations in Paragraph 37 and therefore denies same.

38. Defendant is without sufficient information to admit or deny the allegations in Paragraph 38 and therefore denies same.

39. Defendant is without sufficient information to admit or deny the allegations in Paragraph 39 and therefore denies same.

40. Defendant is without sufficient information to admit or deny the allegations in Paragraph 40 and therefore denies same.

41. Defendant is without sufficient information to admit or deny the allegations in Paragraph 41 and therefore denies same.

42. Defendant is without sufficient information to admit or deny the allegations in Paragraph 42 and therefore denies same.

43. Paragraph 43 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 43 and therefore denies same.

44. Paragraph 44 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 44 and therefore denies same.

45. Paragraph 45 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required,

8

Defendant is without sufficient information to admit or deny the allegations in Paragraph 45 and therefore denies same.

46. Paragraph 46 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 46 to the extent they vary from or are inconsistent with applicable law.

47. Defendant is without sufficient information to admit or deny the allegations in Paragraph 47 and therefore denies same.

48. Paragraph 48 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 48 and therefore denies same.

49. Defendant is without sufficient information to admit or deny the allegations in Paragraph 49 and therefore denies same.

50. Defendant is without sufficient information to admit or deny the allegations in Paragraph 50 and therefore denies same.

51. Defendant is without sufficient information to admit or deny the allegations in Paragraph 51 and therefore denies same.

52. Defendant is without sufficient information to admit or deny the allegations in Paragraph 52 and therefore denies same.

53. Defendant is without sufficient information to admit or deny the allegations in Paragraph 53 and therefore denies same.

54.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 54 and therefore denies same.

55.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 55 and therefore denies same.

56.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 56 and therefore denies same.

57.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 57 and therefore denies same.

58.    Defendant is without sufficient information to admit or deny the allegations in Paragraph 58 and therefore denies same.

59.    Paragraph 59 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 59 and therefore denies same.

60.    Paragraph 60 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 60 and therefore denies same.

61.    Paragraph 61 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 61 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response

is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 61 and therefore denies same.

62.     Paragraph 62 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 62 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 62 and its subparts and therefore denies same.

63.     Paragraph 63 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 63 and therefore denies same.

64.     Paragraph 64 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 64 and therefore denies same.

65.     Paragraph 65 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 65 and therefore denies same.

66.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 66 and therefore denies same.

11

67.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 67 and therefore denies same.

68.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 68 and therefore denies same.

69.     Paragraph 69 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 69 and therefore denies same.

70.     Paragraph 70 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 70 and therefore denies same.

71.     Paragraph 71 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 71 and therefore denies same.

72.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 72 and therefore denies same.

73.     Paragraph 73 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 73 and therefore denies same.

74.    Paragraph 74 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 74 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 74 and therefore denies same.

75.    Paragraph 75 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 75 and therefore denies same.

76.    Paragraph 76 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 76 and therefore denies same.

77.    Paragraph 77 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 77 and therefore denies same.

78.    Paragraph 78 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 78 and therefore denies same.

79. Paragraph 79 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. To the extent a response is required, Defendant is without sufficient information to admit or deny the allegations in Paragraph 79 and therefore denies same.

80. Defendant is without sufficient information to admit or deny the allegations in Paragraph 80 and therefore denies same.

## FIRST CLAIM FOR RELIEF
### (Negligence against Defendant Ignacio Cruz-Mendoza)

81. Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

82. Paragraph 82 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 82 and therefore denies same.

83. Paragraph 83 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant denies Paragraph 83 upon information and belief.

84. Paragraph 84 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 84 and therefore denies same.

85. Paragraph 85 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this

14

Defendant is without sufficient information to admit or deny the allegations in Paragraph 85 and therefore denies same.

86.    Paragraph 86 contains allegations and statements of claim directed to another defendant and therefore no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 86 and therefore denies same.

87.    Paragraph 87 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 87 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 87 to the extent they vary from or are inconsistent with applicable law.

88.    Paragraph 88 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 88 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 88 and therefore denies same.

89.    Paragraph 89 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 89 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 89 and therefore denies same.

**SECOND CLAIM FOR RELIEF**
**(Negligence Per Se against Defendant Ignacio Cruz-Mendoza)**

90.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

91.    Paragraph 91 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 91 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 91 and therefore denies same.

92.    Paragraph 92 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 92 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 92 to the extent they vary from or are inconsistent with applicable law.

93.    Paragraph 93 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 93 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 93 to the extent they vary from or are inconsistent with applicable law.

94.    Paragraph 94 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 94 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 94 to the extent they vary from or are inconsistent with applicable law.

95. Paragraph 95 contains allegations and statements of claim directed to another defendant and therefore no response is required. Paragraph 95 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 95 and therefore denies same.

## THIRD CLAIM FOR RELIEF
**(Negligent and/or Reckless Hiring/Supervision/Retention or Selection of Ignacio Cruz-Mendoza - Defendants  Monique, TQL, Searing, and Intsel Steel)**

96. Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

97. Paragraph 97 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 97 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 97 to the extent they vary from or are inconsistent with applicable law.

98. Paragraph 98 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 98 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 98 to the extent they vary from or are inconsistent with applicable law.

99. Paragraph 99 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 99 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response

17

is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 99 to the extent they vary from or are inconsistent with applicable law.

100.    Paragraph 100 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Defendant is without sufficient information to admit or deny the allegations in Paragraph 100 and therefore denies same.

101.    Paragraph 101 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 101 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 101.

102.    Paragraph 102 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 102 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 102 and all subparts.

103.    Paragraph 102 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Defendant is without sufficient information to admit or deny the allegations in Paragraph 103 and therefore denies same.

### FOURTH CLAIM FOR RELIEF
**(Negligent Undertaking - Defendant  Monique)**

104.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

105. To the extent Paragraph 105 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 105 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 105 to the extent they vary from or are inconsistent with applicable law.

106. To the extent Paragraph 106 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 106 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 106 and therefore denies same.

107. To the extent Paragraph 107 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 107 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 107 and therefore denies same.

108. To the extent Paragraph 108 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 108 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 108 and therefore denies same.

109. To the extent Paragraph 109 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant,

Paragraph 109 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 109 to the extent they vary from or are inconsistent with applicable law.

110.    To the extent Paragraph 110 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 110 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 110 and therefore denies same.

111.    To the extent Paragraph 111 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 111 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations of Paragraph 111 on information and belief.

112.    To the extent Paragraph 112 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, it denies the allegations of Paragraph 112 on information and belief

113.    To the extent Paragraph 113 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 113 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations of Paragraph 113.

114.    To the extent Paragraph 114 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, Paragraph 114 states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations of Paragraph 114 and its subparts.

115.    To the extent Paragraph 115 is directed to Manrique Agramon, it is directed to another defendant and therefore no response is required or provided. As to this Defendant, it is without sufficient information to admit or deny the allegations in Paragraph 115 and therefore denies same.

### FIFTH CLAIM FOR RELIEF
**(Negligent and/or Reckless Hiring/Supervision/Retention or Selection of Monique –
Defendants TQL, Searing, and Intsel Steel)**

116.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

117.    Paragraph 117 contains allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. Paragraph 117 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 117 and therefore denies same.

118.    Paragraph 118 contains allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. Paragraph 118 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response

21

is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 118 to the extent they vary from or are inconsistent with applicable law.

119.    Paragraph 119 contains allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. Paragraph 119 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 119 and therefore denies same.

120.    Paragraph 120 contains allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 120 and therefore denies same.

121.    Paragraph 121 contains allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. Paragraph 121 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 121 and therefore denies same.

122.    Paragraph 122 and its subparts contain allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. Paragraph 122 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 122 and its subparts and therefore denies same.

123.    Paragraph 123 and its subparts contain allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. Paragraph 123 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 123 and its subparts and therefore denies same.

124.    Paragraph 124 contains allegations and statements of claim directed to other defendants and therefore no response is required by this Defendant. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 124 and its subparts and therefore denies same.

### SIXTH CLAIM FOR RELIEF
**(Negligent Undertaking - Defendant TQL)**

125.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

126.    Paragraph 126 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

127.    Paragraph 127 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

128.    Paragraph 128 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

129.    Paragraph 129 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

130.    Paragraph 130 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

131.    Paragraph 131 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

132.    Paragraph 132 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

133.    Paragraph 133 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

134.    Paragraph 134 and its subparts contain allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

135.    Paragraph 135 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

## SEVENTH CLAIM FOR RELIEF
### (Negligent Undertaking - Defendant  Intsel Steel)

136.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

137.    Paragraph 137 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

138.    Paragraph 138 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

139.    Paragraph 139 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

140.    Paragraph 140 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

141.    Paragraph 141 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

142.    Paragraph 142 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

143.    Paragraph 143 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

144.    Paragraph 144 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

145.    Paragraph 145 and its subparts contain allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

146.    No Paragraph 146 is stated and no response provided.

147.    Paragraph 147 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

## EIGHTH CLAIM FOR RELIEF
### (Negligent Undertaking - Defendant Searing)

148.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

149.    Paragraph 149 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

150.    Paragraph 150 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

151.    Paragraph 151 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

152.    Paragraph 152 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

153.    Paragraph 153 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

154.    Paragraph 154 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

155.    Paragraph 155 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

156.    Paragraph 156 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

157.    Paragraph 157 and its subparts contain allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

158.    Paragraph 158 contains allegations and statements of claim directed to another defendant and therefore no response is required or provided by this Defendant.

## NINTH CLAIM FOR RELIEF
### (Joint Venture – All Defendants)

159.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

160.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

161.    Paragraph 161 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 161 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations in Paragraph 161.

162.    Paragraph 162 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant denies the allegations in Paragraph 162.

163.    Paragraph 163 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant denies the allegations in Paragraph 163.

164.    Paragraph 164 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 164 and therefore denies same.

165.    Paragraph 165 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 165 and therefore denies same.

166.    Paragraph 166 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 166 and therefore denies same.

167.    Paragraph 167 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 167 and therefore denies same.

168.    Paragraph 168 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 168 and therefore denies same.

169.    Paragraph 169 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 169 and therefore denies same.

170.    Paragraph 170 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 170 and therefore denies same.

171.    Paragraph 171 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 171 and therefore denies same.

**TENTH CLAIM FOR RELIEF**
**(Joint Enterprise Liability – All Defendants)**

172.    Defendant incorporates all other paragraphs of this Answer as if fully set forth herein.

173.    Paragraph 171 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 171 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no

28

response is required. To the extent a response is required, this Defendant denies the allegations of Paragraph 173.

174. Paragraph 174 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 174 and therefore denies same.

175. Paragraph 175 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant denies the allegations in Paragraph 175.

176. Paragraph 176 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 176 and therefore denies same.

177. Paragraph 177 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 177 and therefore denies same.

178. Paragraph 178 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 178 and therefore denies same.

179. Paragraph 179 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 179 and therefore denies same.

180.    Paragraph 180 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 180 and therefore denies same.

181.    Paragraph 181 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 181 and therefore denies same.

182.    Paragraph 182 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 182 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 182 and therefore denies same.

183.    Paragraph 183 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 183 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant is without sufficient information to admit or deny the allegations in Paragraph 183 and therefore denies same.

184.    Paragraph 184 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 184 and therefore denies same.

185.    Paragraph 185 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant denies the allegations of Paragraph 185.

186.    Paragraph 186 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 186 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations of Paragraph 186.

187.    Paragraph 186 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant denies the allegations of Paragraph 187.

188.    Paragraph 188 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. Paragraph 188 further states or attempts to state legal standards, conclusions of law, or statements of claim to which no response is required. To the extent a response is required, this Defendant denies the allegations of Paragraph 188.

189.    Paragraph 189 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant denies the allegations of Paragraph 189.

190.    Paragraph 190 contains allegations and statements of claim directed to other defendants and therefore no response is required as to those defendants. This Defendant is without sufficient information to admit or deny the allegations in Paragraph 190 and therefore denies same.

## PLAINTIFF'S PRAYER FOR RELIEF

Defendant admits that Plaintiff is praying for such relief but denies she is entitled to such relief from it. To the extent further response is required, the allegations in the Prayer for Relief are denied.

## **GENERAL DENIAL**

Defendant incorporates its prior answers and denies each and every allegation, averment, statement, or conclusion of law set forth in the Complaint, including each part and sub-part of each paragraph, except as otherwise expressly admitted above.

## **DEFENSES**

1.      Plaintiff's injuries, damages, and losses, if any, may be the proximate result or the fault of some other person or party over whom Defendant had no control or right of control.

2.      Although Defendant denies wrong-doing in this case, Plaintiff is hereby notified that the judgment liability of Defendant, if any, is limited to the degree of negligence or fault attributable to it pursuant to C.R.S. §13-21-111.5. Plaintiff is hereby notified that Defendant reserves the right to designate non-parties pursuant to C.R.S. §13-21-111.5. In the event of a settlement between Plaintiff and any other tort-feasor and/or a judgment herein against Defendant and any other Defendant, all parties are hereby notified of Defendant's right of contribution or statutory credit for any such settlement pursuant to the provisions of C.R.S. § 13-50.5-102, *et seq.*

3.      Plaintiff's recovery may be barred or reduced by any payments received from a collateral source or by application of C.R.S. § 13-21-111.6.

4.      Plaintiff's damages, if any, may be the result of a sudden failure of vehicle equipment that could not be reasonably foreseen and for which the driver or owner of the vehicle acted reasonably.

## **PRAYER FOR RELIEF**

WHEREFORE, having answered Plaintiff's Complaint and Jury Demand, Defendant prays for dismissal of this action and judgment in their favor and against Plaintiff, for its costs and attorney's fees in defending this action as permitted by Colorado law, and any other relief the Court deems just and proper.

**DEFENDANT HEREBY DEMANDS THAT THIS MATTER BE TRIED TO A JURY OF SIX (6) PERSONS**.

Respectfully submitted this 17th day of February 2026.

By: */s/ Brittney A. Vig*
Christopher D. Yvars
Brittney A. Vig
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, Colorado 80202
Tel: (303) 572-5300
Fax: (303) 573-5301
Email: chris.yvars@wilsonelser.com
Email: brittney.vig@wilsonelser.com
*Attorneys for Defendant Monique Trucking LLC*

CERTIFICATE OF SERVICE

I certify that on this 17th day of February 2026, a true and correct copy of the foregoing **DEFENDANT MONIQUE TRUCKING, LLC'S ANSWER TO COMPLAINT AND DEMAND FOR JURY** was electronically filed with the Clerk of Court and served to the parties of record using the CM/ECF system.

DezaRae D. LaCrue
Caitin J. Curley
Franklin D. Azar and Associates, P.C.
14426 E. Evans Avenue
Aurora, CO 80014
*Attorneys for Plaintiff*

Kevin G. Ripplinger
Patterson Ripplinger PC
5613 DTC Parkway, Suite 400
Greenwood Village, CO 80111
*Attorneys for Defendant Ignacio Cruz-Mendoza*

Allison Burke
Theodore J. O'Brian
Taft Stettinius & Hollister, LLP
675 Fifteenth Street, Suite 3200
Denver, CO 80202
*Attorneys for Defendant TQL Global, LLC*

Michael J. Decker
Gordon A. Queenan
Murphy & Decker, P.C.
730 17th St., Suite 925
Denver, CO 80202
*Attorneys for Defendant Searing Industries Wyoming, Inc.*

Mark J. Jachimiak
Brandon O. Hawkings
Jachimiak Peterson Kummer, LLC
860 Tabor Street, Suite 200
Lakewood, CO 80401
*Attorneys for Defendant Intsel Steel West LLC*

By: */s/ Brittney A. Vig*
　　Christopher D. Yvars
　　Brittney A. Vig
　　Wilson Elser Moskowitz Edelman & Dicker LLP
　　1225 17th Street, Suite 1700
　　Denver, Colorado 80202
　　Tel:  (303) 572-5300
　　Fax: (303) 573-5301
　　Email: chris.yvars@wilsonelser.com

　　*Attorneys for Defendant Monique Trucking LLC*

34