IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-2457-NYW-TPO

ANNETTE MARTIN,

Plaintiff,

v.

IGNACIO CRUZ-MENDOZA,
MANRIQUE AGRAMON,
TOTAL QUALITY LOGISTICS, LLC,
MONIQUE TRUCKING, LLC,
INTSEL STELL WEST, LLC
SEARING INDUSTRIES WYOMING, INC.,

Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDNANT MANRIQUE AGRAMON WITH PREJUDICE**

---

Plaintiff, by and through her attorneys, Franklin D. Azar & Associates, P.C., hereby voluntarily dismisses the action against Defendant Manrique Agramon with prejudice pursuant to F. R. Civ. P. 41(a)(1), with each party to bear its own fees and costs.

Respectfully submitted on July 30, 2026, by:

*/s/ DezaRae D. LaCrue*
DezaRae D. LaCrue
Caitlin J. Curley
Franklin D. Azar and Associates, P.C.
14426 E. Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Fax: (303) 759-5203
E-mail: lacrued@fdazar.com
curleyc@fdazar.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which caused service to be made via electronic mail upon:

Kevin G. Ripplinger
Patterson Ripplinger PC
5613 DTC Parkway, Suite 400
Greenwood Village, CO 80111
303-741-4539
303-741-5043 (fax)
kripplinger@prpclegal.com
*Attorneys for Defendant*
*Ignacio Cruz-Mendoza*

Allison Burke
Theodore J. O'Brian
Taft Stettinius & Hollister, LLP
675 Fifteenth Street, Suite 3200
Denver, CO 80202
(303) 297-2900
aburke@taftlaw.com
tobrian@taftlaw.com
*Attorneys for Defendant*
*Total Quality Logistics, LLC*

Brittney Vig
Wilson Elser Moskowitz Edelman & Dicker LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303.572.5330 (Direct)
303.572.5300 (Main)
303.572.5301 (Fax)
brittney.vig@wilsonelser.com
*Attorneys for Defendant*
*Monique Trucking, LLC*

Michael J. Decker
Gordon A. Queenan
Murphy & Decker, P.C.
730 17th St., Suite 925
Denver, CO 80202
(914) 844-9137
mdecker@murphydecker.com
gqueenan@murphydecker.com
*Attorneys for Defendant*
*Searing Industries Wyoming, Inc.*

Mark J. Jachmiak
Brandon O. Hawkins
Jachimiak Peterson Kummer
860 Tabor Street, Suite 200
Lakewood, CO 80401
Phone: 303.863.7700
Fax: (303) 830-8772
Email: mark@jpk.law
*Attorneys for Defendant*
*Intsel Steel West LLC*

*/s/ DezaRae D. LaCrue*
DezaRae D. LaCrue
Franklin D. Azar and Associates, P.C.
14426 E. Evans Avenue
Aurora, CO 80014
Telephone: (303) 757-3300
Fax: (303) 759-5203
E-mail: lacrued@fdazar.com
Attorneys for Plaintiff